IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| 401 SYCAMORE, LLC § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> MARCO A. CANTU, ROXANA CANTU, § <br> THORNTON, BEICHLIN, REYNOLDS & § <br> GUERRA, DAVID LUMBER, PAIGE MOORE, § <br> MICHELLE CRANE, and TRUDY CRANE, § <br> Defendants § | Civil No. _____ |

## NOTICE OF REMOVAL

1. Defendant David Lumber files this notice of removal under 28 U.S.C. §1446(a).

2. On 6/16/2022, Plaintiff 401 Sycamore, LLC filed a lawsuit making various claims relating to a piece of residential property located at 401 Sycamore, McAllen, Texas ("the Property"). Said Property is already the subject of pending claims in Civil No. 7:11-cv-299; *Guerra & Moore, Ltd, LLP v. Marco A. Cantu, Debtor, et al.;* In the United States District Court, Southern District of Texas, McAllen Division. [See, Doc. 345, at ¶¶13-20]. Plaintiff asserts claims attempting to interfere with property which is the subject matter jurisdiction of an existing federal lawsuit in the McAllen Division.

3. Defendant David Lumber has not yet been served with this lawsuit. Defendant files this notice of removal within the 30 day timeframe required by 28 U.S.C. §1446(b).

4. Removal is proper, because this Court has jurisdiction pursuant to 28 U.S.C. §1331 and §1334. The U.S. Court of Appeals for the Fifth Circuit has ruled that federal bankruptcy jurisdiction exists under §1334 in Civil No. 7:11-cv-299*; Guerra & Moore, Ltd, LLP v. Marco A. Cantu, Debtor, et al.*; In the United States District Court, Southern District of Texas, McAllen Division. *In re: Cantu (Guerra & Moore, Ltd, LLP v. Cantu)*, No. 17-

40966, 720 Fed.Appx. 713 (5th Cir. 2018). The 401 Sycamore property is already the subject-matter and within this Court's jurisdiction in the lawsuit pending in U.S. District Court. [See, 7:11-cv-299, Doc. 345, at ¶¶13-20]. Accordingly, this case is "related to" a bankruptcy case pursuant to 28 U.S.C. §1334, and this Court has jurisdiction over this case.

5. In the alternative, removal is proper, because this Court has jurisdiction pursuant to 28 U.S.C. §1331. The 401 Sycamore property is already the subject-matter and within this Court's jurisdiction in the lawsuit pending in U.S. District Court. [See, 7:11-cv-299, Doc. 345, at ¶¶13-20]. This Court has general federal question jurisdiction over this case. E.g., *Deauville Assoc. v. Lojoy Corp.*, 181 F.2d 5 (5th Cir. 1950); *Villarreal v. Brown Express, Inc.*, 529 F.2d 1219 (5th Cir. 1976).

6. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district pursuant under 28 U.S.C. §1441(a), because this district and division embrace the place in which the removed action has been pending.

8. Removals pursuant to §1334 do not require consent of all parties. In the alternative, this removal is made prior to any Defendants being served with process and filing appearances in this case; therefore, consent is not required.

9. Defendants will file promptly a copy of this notice of removal with the clerk of the court in the state court in which this action has been pending.

10. This Court has jurisdiction over this case, because it is directly related to a case pending before this Court, and the sole subject matter of this lawsuit is to assert

jurisdiction over Property which is the subject-matter of a case pending in this Court.

Defendant David Lumber prays that the Court take notice of this filing.

>Respectfully submitted,
>
>**GUERRA LAW GROUP, PLLC**
>4201 North McColl Rd.
>McAllen, Texas 78504
>(956) 618-3000 Phone
>(956) 686-4200 Fax
>
>By: _____/s/ *David J. Lumber*_____
>       David J. Lumber
>       State Bar No. 24002504
>       S.D. Texas Bar No.: 22085
>
>**ATTORNEY FOR DEFENDANT**
>**DAVID LUMBER**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, a true copy of this instrument has been served via ecf service and/or regular U.S. mail on the ___17th__ day of June, 2022, as follows:

>___/s/David J. Lumber_____

Mark Cantu
801 W. Nolana, Suite 320
McAllen, Texas 78504

Idalia Plata
Calle Suaza 122
Salinas Victoria NL Mex.65500